Franklin J. Minck, Respondent, v. Melanie Levey, Appellant. Appeal from orders of the Special and General Terms of the City Court denying motion to vacate an attachment. I. Henry Harris, for Appellant. Richard Marvin, for Respondent. Orders affirmed upon argument.